[No. 46875-1-II.   Division Two.   February 23, 2016.]

JOHN A. HIVELY, *Appellant*, v. PORT OF SKAMANIA COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-2-00113-0, Brian P. Altman, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J. Now published in part at 193 Wn. App. 11.

[No. 47194-9-II.   Division Two.   February 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. A.W., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-8-00632-8, David E. Gregerson, J., entered January 21, 2015. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 33104-1-III.   Division Three.   February 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMEECE NICOLE DILLSI, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 14-1-00173-2, David Frazier, J., entered January 23, 2015. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[Nos. 32686-1-III; 32687-0-III;   Division Three.   February 25, 2016.]
        32689-6-III; 32690-0-III.

*In the Matter of the Dependency of* R.B.S. ET AL.

Appeals from a judgment of the Superior Court for Franklin County, No. 06-7-50311-3, Cameron Mitchell, J., entered July 31, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, J.; Fearing, A.C.J., concurring separately.